FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 11  AM 8: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOEL BROOKS #314122** | **CIVIL ACTION** |
| versus | **NO. 06-1869** |
| **BURL CAIN, WARDEN** | **SECTION: "N" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Noel Brooks** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 9th day of October, 2007.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____