UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOEL BROOKS #314122** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-1869** |
| **BURL CAIN, WARDEN** | **SECTION "N"(1)** |

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on September 11, 2009 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that the federal petition of **Noel Brooks** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of September, 2009.

UNITED STATES DISTRICT JUDGE